**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 12-5012-CR-SW-GAF** |
| | ) | |
| **MICHAEL STUBBLEFIELD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>ORDER</u>**

On July 10, 2013, a hearing was held by United States Magistrate Judge David P. Rush on the issue of defendant's competency. No evidence was presented other than the report of Meredith L. Meeks, M.A., and Richart L. DeMier, Ph.D., Clinical Psychologist at the United States Medical Center for Federal Prisoners.

On July 16, 2013, Judge Rush issued his Report and Recommendation (Doc. #73).

Upon careful and independent review of the record, as well as the applicable law, and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge David P. Rush.

Accordingly, it is

ORDERED that defendant is declared competent to stand trial, and declared to have been capable of appreciating the nature and quality of the wrongfulness of his acts at the time of the commission of the acts constituting the alleged offense.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: August 15, 2013